IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | ) | |
|---|---|---|
| College Book Rental Company, LLC | ) | Case No.12-09130 MH3 |
| 306 Andrus Drive | ) | |
| Murray, KY 42017 | ) | Chapter 7 |
| | ) | |
| DEBTOR. | ) | Judge Harrison |

NOTICE OF WITHDRAWAL OF TN DEPT OF REVENUE CLAIM

On January 10, 2013, the TN Department of Revenue (TDOR) filed claim #3 in the above-styled and numbered case. This claim was filed in error. TN Department of Revenue hereby requests that claim #3 be withdrawn.

Respectfully submitted,
ROBERT E. COOPER, JR.
Attorney General & Reporter

 /s/ Laura L. McCloud
Laura L. McCloud, BPR #16206
Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
ph: (615) 532-8933
fax: (615) 741-3334
Email: agbankharrison@ag.tn.gov
Attorney for the TDOR


**CERTIFICATE OF SERVICE**

I do hereby certify that, on January 22, 2013, a true and exact copy of the foregoing (name of document) was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

                                               /s/ Laura L. McCloud
                                               Laura L. McCloud