IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| **COLLEGE BOOK RENTAL COMPANY, LLC** | ) ) | Case No. **12-09130-MH3-11** |
| | ) | |
| Debtor | ) | |

*The next hearing in this matter is scheduled for hearing on June 11, 2013 at 2:00 p.m. in Courtroom Three, U.S. Customs House, Nashville Tennessee*

## TRUSTEE'S REPORT OF NO AUCTION

Comes now the Trustee in the above captioned matter, and reports that he has not received any competitive bids for the purchase of the assets of the bankruptcy estate prior to the Bid Deadline established in the Court's Order of April 30, 2013, and hence the scheduled auction on June 3, 2013 is cancelled.

The Trustee would report that he received inquiries from three (3) different companies (Follett Higher Ed Group, Ltd, Nebraska Book Company, & A Book Company f/k/a/ eCampus.com) requesting copies of the inventory and/or bid procedures, and the Trustee promptly provided all such potential bidders with the requested information; however, none of these entities submitted a bid to the Trustee.

The sale to CBR Funding, LLC (as set forth in the Asset Purchase Agreement attached to the April 30, 2013 Order) will be considered by the Court at a hearing already scheduled for June 11, 2013, at 2:00 p.m.

                                                                RESPECTFULLY SUBMITTED,

                                                                */s/ Robert H. Waldschmidt*
                                                                ROBERT H. WALDSCHMIDT (#4657)
                                                                   Trustee
                                                                 P.O. Box 2828
                                                                 Brentwood, TN 37024-2828
                                                                 615/259-2179    Fax: 615-259-2179
                                                                 rhw@rhwlawoffice.com