IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **COLLEGE BOOK RENTAL** | ) | Case No. **12-09130-MH3-11** |
| **COMPANY, LLC** | ) | |
| | ) | |
| Debtor | ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:----------------------8/05/13**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: --------------8/27/13**
**at  9:00 a.m  in  Courtroom Three, U.S. Customs House, 701 Broadway, Nashville, Tennessee**

### NOTICE OF MOTION TO CONVERT TO CHAPTER 7

Robert H. Waldschmidt, Trustee, has asked the court for the following relief:

**For conversion of the case to Chapter 7**

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before **August 5, 2013,** you or your attorney must:

1. File with the court your written response, answer, or objection explaining your position and one copy at:

    On Line:     https://ecf.tnmb.uscourts.gov/
    In Person:   US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
                 (Monday-Friday, 8:00 a.m.-4:00 p.m.)

2. **Your written response must state that the deadline for filing responses is August 5, 2013, the date of the scheduled hearing is August 27, 2013, and the motion to which you are responding is the Motion to Convert to Chapter 7.** If you want a file stamped copy returned to you, you must include an extra copy and a self-addressed, stamped envelope.

    2. You must also serve a copy of your response to Robert H. Waldschmidt at one of the following:
    3.
            On Line:     rhw@rhwlawoffice.com
            U.S. Mail:   7003 Chadwick Drive,  Suite 211, Brentwood, TN 37027
            Fax:         615-259-2179

    If a timely response is filed, the hearing will be held at the time and place indicated above.

*THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE*.  You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at **www.tnmb.uscourts.gov.** If you receive this notice by mail,

you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure**.**

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   7/10/12

                        */s/ Robert H. Waldschmidt*
                        **ROBERT H. WALDSCHMIDT**   #4657
                          Attorney for Trustee
                        7003 Chadwick Drive, Suite 211
                        P.O. Box 2828
                        Brentwood, TN 37024-2828
                        615/468-1020    Fax: 615-259-2179
                        rhw@rhwlawoffice.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **Notice**, together with the **Motion** and proposed **Order**, were served on the following parties:

All parties on the attached matrix

by regular mail, postage prepaid, by placing the envelopes containing the Notice, Motion, and Order in the U.S. Mail on **July 10, 2013.**

                        */s/ Robert H. Waldschmidt*
                        ROBERT H. WALDSCHMIDT

| | | |
|---|---|---|
| Accord Creditor Services, LLc<br>PO Box 10001<br>Newnan, GA 30271 | APREMIO CONSULTING, INC<br>13567 CANDLEWOOD COURT<br>MOORPARK, CA 93021-2866 | BMC GROUP VDR LLC<br>P O BOX 748225<br>LOS ANGELES, CA 90074-8225 |
| ADOBE SYSTEMS INCORPORATED<br>73 REMITTANCE DRIVE<br>SUITE 1025<br>CHICAGO, IL 60675-1025 | AT&T<br>PO BOX 5019<br>CAROL STREAM IL 60197-5019 | BOOKOODLES LLC<br>C/O JEANNE BURTON, TRUSTEE<br>95 WHITE BRIDGE RD, STE 512<br>NASHVILLE TN 37205 |
| ADP<br>PO BOX 842875<br>BOSTON MA 02284-2875 | AT&T<br>PO BOX 105262<br>ATLANTA GA 30348-5262 | BRADLEY ARANT BOULT CUMMINGS<br>ATTN: WILLIAM NORTON<br>ROUNDABOUT PLAZA, STE 700<br>1600 DIVISION ST<br>NASHVILLE TN 37203-2754 |
| AFLAC GROUP INS<br>PO BOX 890846<br>CHARLOTTE NC 28289-0846 | ATHENS PAPER<br>PO BOX 932811<br>ATLANTA GA 31193-2811 | BUCKEYE BUSINESS PRODUCTS INC.<br>PO BOX 92340<br>CLEVELAND OH 44193-0003 |
| ALABAMA DEPT OF REVENUE<br>SALES & USE TAX DIV<br>PO BOX 327790<br>MONTGOMERY AL 36132-7790 | BAKER & TAYLOR<br>2550 W. TYVOLA RD STE 300<br>CHARLOTTE NC 28217-4579 | BUDGETEXT<br>FOLLETT EDUCATIONAL SERVICES<br>1433 INTERNATIONALE PKY<br>WOODRIDGE IL 60517-4941 |
| ALEXANDER THOMPSON ARNOLD<br>624 REELFOOT AVE<br>UNION CITY, TN 38261-5739 | BAKER & TAYLOR<br>6000 FELDWOOD RD<br>LOCKBOX 277938<br>ATLANTA, GA 30349-3652 | BURR & FORMAN<br>ATTN: DAVID HOUSTON<br>700 TWO AMERICAN CENTER<br>3102 WEST END AVENUE<br>NASHVILLE TN 37203-1302 |
| ALIBRIS-MONSOON COMMERCE<br>1250 45TH STREET<br>SUITE 100<br>EMERYVILLE, CA 94608-2924 | Baker & Taylor , Inc<br>c/o Mitchel PerkiThe Chrysler Building<br>405 Lexington Ave<br>New York, NY 10174-0002 | BYARS FAMILY QUIKCARE<br>601 NORTH 4TH STREET<br>MURRAY, KY 42071-2152 |
| ALLBRITE CLEANING SYSTEMS INC<br>4117 HILLSBORO PK<br>NASHVILLE TN 37215 | BASS BERRY SIMMS PLC<br>150 THIRD AVENUE SOUTH<br>SUITE 2800<br>NASHVILLE, TN 37201-2017 | C.A. JONES MANAGEMENT<br>306 ANDRUS DR<br>MURRAY KY 42071-2180 |
| ANONYMIXER INC.<br>12801 WORLDGATE DR<br>SUITE 800<br>HERNDON VA 20170-6029 | BLACK EQUIPMENT CO. INC.<br>1050 N CONGRESS AVE<br>PO BOX 5286<br>EVANSVILLE IN 47716-5286 | CABLING CONCEPTS INC.<br>C/O SUSAN LIMOR, TRUSTEE<br>2814 DOGWOOD PLACE<br>NASHVILLE TN 37204 |
| ANTHEM BCBS KY GROUP<br>PO BOX 105124<br>ATLANTA GA 30348-5124 | BLACKROCK INVESTMENTS<br>C/O EVA LEMEH, TRUSTEE<br>4300 KINGS LANE<br>NASHVILLE TN 37218 | CALIFORNIA LLC FRANCHISE TAX<br>PO BOX 942857<br>SACRAMENTO CA 94257-0651 |

| | | |
|---|---|---|
| CAMP'S SEPTIC CLEANING<br>605 CHARLEY MILLER ROAD<br>ALMO, KY 42020-9307 | CRITEO CORP<br>411 HIGH ST<br>PALO ALTO CA 94301 | EXACTTARGET INC.<br>DEPT CH 17808<br>PALATINE IL 60055-7808 |
| CBR FUNDING LLC<br>604 CHERRY ST<br>HELENA AR 72342-3306 | CTI Communications<br>Rick Morrison<br>2821 emington Street<br>Suite 100<br>Fort Collins, CO 80525-2692 | FEDEX<br>P O BOX 371461<br>PITTSBURGH, PA 15250-7461 |
| CDW DIRECT<br>PO BOX 75723<br>CHICAGO IL 60675-5723 | CWI OF KENTUCKY #796<br>P O BOX 9001099<br>LOUISVILLE, KY 40290-1099 | FIRST CLASS BOOKS<br>12123 KANIS RD<br>LITTLEROCK AR 72211-4109 |
| CENGAGE LEARNING INC.<br>SHERRARD & ROE PLC<br>ATTN: MICHAEL ABELOW<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN 37201-2037 | DARI INTEGRITY RESOURCES<br>P O BOX 1116<br>GRAND BLANC, MI 48480-4116 | FORTNER LP GAS CO , INC<br>P O BOX 312<br>PRINCETON, KY 42445-0312 |
| CHARLES A JONES<br>306 ANDRUS DR<br>MURRAY KY 42071-2180 | David Griffin<br>413 Hillwood Drive<br>Nashville, TN 37205-1340 | FROST BROWN TODD LLC<br>ATTN: JOSEPH KELLY<br>150 THIRD AVE SOUTH, STE 1900<br>NASHVILLE TN 37201-2043 |
| CHILDREN'S MIRACLE NETWORK<br>ATTN DANCE MARATHON FSU<br>P O BOX 100386<br>GAINESVILLE, FL 32610-0386 | DISTRICT OF COLUMBIA TREASURER<br>PO BOX 419<br>WASHINGTON DC 20044 | GLENN B ROSE<br>H3GM<br>333 COMMERCE STREET STE 1500<br>NASHVILLE TN 37201 |
| COLLEGE BOOK RENTAL COMPANY<br>PO Box 1073<br>Murray Ky 42071-0018 | DOTOMI INC<br>P O BOX 844171<br>LOS ANGELES, CA 90084-1664 | HAMPTON INN & SUITES<br>1415 LOWES DRIVE<br>MURRAY, KY 42071-3598 |
| COLLEGE BOOK RENTAL COMPANY,<br>ATTN: JOHN WITTMAN<br>1939 MELVIN HENLEY DR<br>MURRAY, KY 42071 | EARL ORTNER/MULTIGUIDE SYSTEMS<br>400 SOUTH DENVER AVE<br>RUSSELLVILLE AR 72801-5939 | HARNESS DICKEY & PIERCE, PLC<br>5445 CORPORATE DRIVE<br>SUITE 200<br>TROY, MI 48098-2683 |
| Commonwealth Economics<br>John R. Farris<br>108 Esplanade<br>Suite 220<br>Lexington, KY 40507-1942 | EDGEWEBHOSTING INC<br>120 E BALTIMORE STREET<br>SUITE 1900<br>BALTIMORE, MD 21202-1616 | HARWELL HOWARD HYNE GABBERT<br>333 COMMERCE STREET<br>SUITE 1500<br>NASHVILLE, TN 37201-1829 |
| COOPER CONTAINER CORP II<br>204 KIRBY DRIVE<br>LEXINGTON, TN 38351-4775 | ELSEVIER LTD<br>C/O SHERRARD & ROE PLC<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN 37201 | HILCO APPRAISAL<br>5 REVERE DR STE 300<br>NASHVILLE TN 37205 |

| | | |
|---|---|---|
| HOWARD D HAPPY COMPANY<br>1393 STATE ROUTE 45 N<br>P O BOX 487<br>MAYFIELD, KY 42066-0030 | KENTUCKY LAKE MOVING &<br>40 NEAL TRAIL<br>MURRAY, KY 42071-6625 | MATTHEWS BOOKS<br>P O BOX 501195<br>SAINT LOUIS, MO 63150-1195 |
| HP PRODUCTS<br>4220 SAGUARO TRAIL<br>INDIANAPOLIS IN 46268-2550 | KENTUCKY STATE TREASURER<br>DIVISION OF COLLECTIONS<br>P O BOX 491<br>FRANKFORT, KY 40602-0491 | MBS TEXTBOOK EXCHANGE INC.<br>PO BOX 502335<br>ST LOUIS MO 63150-2335 |
| HURT & JONES<br>314 MAIN ST<br>MURRAY KY 42071 | KESA, KY WORKERS' COMPENSATION<br>P O BOX 856300<br>DEPT 114<br>LOUISVILLE, KY 40285-6300 | MCGRAW HILL COMPANIES<br>C/O SHERRARD & ROE PLC<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN 37201 |
| INDIABA<br>1004 W 13TH, STE 210<br>VANCOUVER WA 98660 | KLINT W ALEXANDER<br>WYATT TARRANT & COMBS LLC<br>2525 WEST END AVE STE 1500<br>NASHVILLE TN 37203 | MEDIA FORGE DBA MEDIA FORUM<br>DEPT LA 23666<br>PASADENA CA 91185-3666 |
| INGRAM<br>PO BOX 502779<br>ST LOUIS MO 63150-2779 | KNOWLEDGE MARKETING LLC<br>3650 ANNAPOLIS LANE #190<br>PLYMOUTH MN 55447-5481 | MICHIGAN DEPT OF TREASURY<br>BANKRUPTCY UNIT<br>PO BOX 30168<br>LANSING MI 48909 |
| INTEGRATED COMPUTER SOLUTIONS<br>301 ANDRUS DRIVE<br>MURRAY KY 42071 | KOOFERS INC<br>11720 SUNRISE VALLEY DR<br>SUITE 0110 LOWER LEVEL<br>RESTON VA 20191-1422 | MIKE ABELOW<br>SHERRARD & ROE PLC<br>150 THIRD AVE S<br>SUITE 1100<br>NASHVILLE TN 37201 |
| JOHN WILEY & SONS INC.<br>C/O SHERRARD & ROE PLC<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN 37201 | KRAFT CPAS PLLC<br>ATTN: MYLES MCDONALD<br>555 GREAT CIRCLE ROAD<br>NASHVILLE TN 37228-1345 | MIN-ARK PALLETS<br>4901 HWY 365 SOUTH<br>LITTLE ROCK AR 72206-3624 |
| John Wittman<br>306 Andrus Drive<br>Murray, KY 42071-2180 | LIFESERVICES EAP<br>320 WEST 8TH ST<br>SUITE 108<br>BLOOMINGTON, IN 47404-3745 | Monster<br>7800 W. Brwon Deer Road<br>Suite 200<br>Milwaukee, WI 53223 |
| JOSEPH A KELLY<br>FROST BROWN TODD LLC<br>150 THIRD AVE S<br>SUITE 1900<br>NASHVILLE TN 37201 | LYNN MOORE<br>1707 COLLEGE FARM RD<br>MURRAY KY 42071 | MURRAY ELECTRIC<br>PO BOX 1095<br>MURRAY KY 42071-0019 |
| KENDRA BRYANT<br>909B N 20TH ST<br>MURRAY KY 42071 | MANPOWER<br>31G BOWLING DR<br>JACKSON TN 38305-6100 | MURRAY INDUSTRIAL<br>BOX 1051<br>MURRAY, KY 42071-0018 |

| | | |
|---|---|---|
| MURRAY LUMBER CO INC<br>104 MAPLE STREET<br>MURRAY, KY 42071-2575 | PEOPLE PLUS INC<br>1095 NEBO ROAD<br>MADISONVILLE, KY 42431-8829 | SAMANTHA ENGLISH<br>606 TANGLEWOOD DR<br>MURRAY KY 42071 |
| MURRAY MOLD & DIE INC.<br>506 INDUSTRIAL RD<br>MURRAY KY 42071-2195 | POPE SINGER FAMILY TRUST<br>29 STOWE<br>IRVINE CA 92620-2819 | SE CAMPUS BOOKS LLC<br>C/O DAVID ROGERS, TRUSTEE<br>7100 EXECUTIVE CENTER DR, #120<br>BRENTWOOD TN 37027 |
| MURRAY PAVING, INC<br>1161 STATE RT 94 EAST<br>MURRAY, KY 42071-9477 | PR NEWSWIRE ASSOC LLC<br>PO BOX 5897<br>NEW YORK NY 10087-5897 | SEALED AIR CORP<br>5687 COLLECTIONS CENTER DR<br>CHICAGO IL 60693-5687 |
| MURRAY SUPPLY-MURRAY RENTAL<br>206 EAST MAIN STREET<br>MURRAY, KY 42071-2174 | PRECISION SECURITY INC<br>P O BOX 745<br>MAYFIELD, KY 42066-0034 | SECURITY BANK & TRUST<br>P O BOX 1209<br>PARIS, TN 38242-1209 |
| NEW MEXICO TAXATION & REVENUE<br>PO BOX 25128<br>SANTA FE NM 87504-5128 | QUEST<br>P O BOX 740709<br>ATLANTA, GA 30374-0709 | SELECTION COM<br>155 TRI-COUNTY PKWY<br>SUITE 150<br>CINCINNATI, OH 45246-3240 |
| NORTH AMERICA ADMINISTRATORS<br>1826 ELM HILL PK<br>NASHVILLE TN 37210 | QUILL CORPORATIOIN<br>P O BOX 37600<br>PHILADELPHIA, PA 19101-0600 | SEO MANIPULATOR<br>405 NORTH VICTORIA PARK RD<br>FT LAUDERDALE FL 33301-3747 |
| OMNI DIGITAL CORP<br>185 SPRING VALLEY DR<br>PADUCAH KY 42003-8894 | QWOBI INC<br>55 MAGAZINE STREET<br>SUITE 403<br>CAMBRIDGE, MA 02139-3930 | SERVALL LLC MURRAY<br>939 ST RT HWY 121 BYPASS<br>MURRAY KY 42071 |
| OREGON DEPT OF REVENUE<br>PO BOX 14260<br>SALEM OR 97309-5060 | RHODE ISLAND DIV OF TAXATION<br>ONE CAPITOL HILL, SUITE 9<br>PROVIDENCE RI 02908-5814 | SOUTH 641 WATER DISTRICT<br>PO BOX 126<br>HAZEL KY 42049-0126 |
| PAINT PLUS FLOORING<br>1204 JOHNSON BLVD<br>MURRAY, KY 42071-2961 | ROXANNA S GRIFFIN<br>C/O JOSEPH KELLY, ESQ.<br>FROST BROWN TODD ET AL<br>150 THIRD AVE S, STE 1900<br>NASHVILLE TN 37201 | SOUTH EASTERN BOOK CO.<br>c/o Mark Little, Trustee<br>1917 Versnick Way<br>Madisonville, KY 42431 |
| PEARSON EDUCATION INC.<br>c/o SHERRARD & ROE PLC<br>ATTN: MICHAEL ABELOW<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN 37201-2037 | RUDOLPH WAREHOUSING<br>PO BOX 69<br>MURRAY KY 42071-0001 | SPICER RUDSTROM PLLC<br>175 TOYOTA PLAZA<br>SUITE 800<br>MEMPHIS TN 38103-5602 |

| | | |
|---|---|---|
| SUNSHINE PAPER PRODUCTS LLC<br>PO BOX 101<br>355 SOPHIA ST<br>HICKORY KY 42051-8622 | UPROMISE INC.<br>300 CONTINTENTAL DR<br>ACCOUNTING 2 WEST<br>NEWARK DE 19713-4322 | XEROX CORPORATION<br>PO BOX 650361<br>DALLAS TX  75265-0361 |
| SUPPLY SOLUTIONS<br>PO BOX 1058<br>PADUCAH KY 42002-1058 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132-0577 | |
| TENNESSEE DEPT OF REVENUE<br>AJ STATE OFFICE BLD.<br>500 DEADRICK ST<br>NASHVILLE TN   37242 | UPS SUPPLY CHAIN SOLUTIONS<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1211 | |
| TEXAS COMPTROLLER OF PUBLIC<br>PO BOX 149348<br>AUSTIN TX   78714-9348 | US TRUSTEE<br>OFFICE OF THE UNITED STATES<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | |
| TEXTBOOKS R US<br>802 AVONDALE AVE<br>GRANDVIEW HEIGHT, OH 43212-3473 | WEST KY RURAL ELECTRIC<br>PO BOX 589<br>MAYFIELD KY 42066-0032 | |
| THE DFS GROUP<br>P O BOX 88042<br>CHICAGO, IL 60680-1042 | WEST VIRGINIA STATE TAX DEPT<br>PO BOX 11751<br>CHARLESTON WV   25339-1751 | |
| THE HARTFORD<br>301 WOODS PARK DR<br>CLINTON NY 13323-1139 | WHAYNE SUPPLY COMPANY<br>DEPT 8326<br>CAROL STREAM IL 60122-0001 | |
| The Murray Bank<br>405 South 12th Street<br>Murray, KY 42071-2343 | WILLIAM L NORTON III<br>BRADLEY ARANT BOULT CUMMINGS<br>PO BOX 340025<br>NASHVILLE, TN 37203-0025 | |
| THINKTIV INC.<br>1011 SAN JACINTO BLVD #202<br>AUSTIN TX 78701-1924 | WISCONSIN DEPT OF REVENUE<br>PO BOX 8908<br>MADISON WI   53708-8908 | |
| TIPTON LINEN SERVICE<br>1415 INDEPENDENCE<br>CAPE GIRARDEAU, MO 63703-6005 | WYATT TARRANT & COMBS LLP<br>ATTN: KLINT ALEXANDER<br>2525 WEST END AVE, STE 1500<br>NASHVILLE TN 37203-1744 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                      )
                                            )
**COLLEGE BOOK RENTAL**                     )   Case No. **12-09130-MH3-11**
**COMPANY, LLC**                            )
                                            )
    Debtor                )

# TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7

Comes now Robert H. Waldschmidt, Trustee, by and through counsel, and moves to convert the above-captioned bankruptcy estate from Chapter 11 to Chapter 7.

The Trustee would further state that the only operating assets in this case (inventory of books and executory contracts) have been sold, and there are no further operations being conducted by the bankruptcy estate. A Chapter 11 Plan would not accomplish anything, and a conversion to Chapter 7 would allow these cases to be concluded more efficiently.

WHEREFORE, the Trustee prays for the entry of an order (a draft of which is attached hereto) and for such other and further relief as is just.

    Respectfully submitted,

*/s/ Robert H. Waldschmidt, Trustee*
**ROBERT H. WALDSCHMIDT**   #4657
   Attorney for Trustee
7003 Chadwick Drive,  Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
615-468-1020    Fax: 615-259-2179
rhw@rhwlawoffice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
 )
**COLLEGE BOOK RENTAL** ) Case No. **12-09130-MH3-11**
**COMPANY, LLC** )
 )
 Debtor )

## ORDER CONVERTING CASE TO CHAPTER 7

Upon the motion of the Trustee, and it further appearing that notice has been provided pursuant to Local Rule 9013, and no objections having been filed, and for other cause to the court shown;

IT IS HEREBY ORDERED that the above-captioned proceeding be, and is hereby CONVERTED to **Chapter 7**.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Robert H. Waldschmidt*
**ROBERT H. WALDSCHMIDT** #4657
   Attorney for Trustee
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
615-468-1020   Fax: 615-259-2179
rhw@rhwlawoffice.com

6172013142928195