**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| *In re:* <br><br> COLLEGE BOOK RENTAL COMPANY, LLC <br><br> Debtor. | Chapter 7 <br><br> Case No.: 12-09130 <br> Judge Harrison |

## ORDER GRANTING MOTION OF BAKER & TAYLOR, INC. FOR AN ORDER ALLOWING ITS CLAIM AND AMOUNT THEREOF PURSUANT TO SECTION 502(a) OF THE BANKRUPTCY CODE

This matter is before the Court upon the Motion of Baker & Taylor, Inc. ("B&T") for an Order requesting the allowance of B&T's claim (Claim No. 1-1) (the "B&T Claim") pursuant to Section 502(a) of the Bankruptcy Code (the "Motion") (Doc. No. 357). Objections to this Motion were filed by the Trustee (Doc. No. 359) and CBR Funding LLC (Doc. No. 384). The Trustee and CBR Funding LLC subsequently filed withdrawals of their objections (Doc. Nos. 443 & 521) (in the case of CBR Funding LLC, with prejudice). The Court having determined that jurisdiction exists over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), that notice of the Motion and the hearing was sufficient and cause exists for granting the relief requested in the Motion with no objections pending of record,

IT IS HEREBY ORDERED THAT:

1. This Motion is granted.

2. The B&T Claim is deemed allowed in its entirety for all purposes in this Chapter 7 case in the amount of $18,304,845.00 pursuant to section 502(a) of the Bankruptcy Code.

3. Such allowance of said amount of the B&T Claim (i) shall not be subject to any objection, challenge or reduction for any reason other than for any payment received by B&T specifically on account of CBR's direct obligations and indebtedness to B&T reflected in the B&T Claim, and (ii) shall be without prejudice to any and all rights of B&T to assert the status and priority of, or security for, the B&T claim.

*[This Order was signed and entered electronically as indicated at the top of the first page]*

Approved for Entry by:

/s/David W. Houston, IV
David W. Houston, IV (BPR # 020802)
BURR & FORMAN LLP
511 Union Street, Ste. 2300
Nashville, TN 37219
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com

and

Mitchel H. Perkiel
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

*Attorneys for Baker & Taylor, Inc.*