IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COLLEGE BOOK RENTAL COMPANY LLC, | ) | CASE NO. 12-09130-MH3-7 |
| | ) | |
| | ) | |
| Debtor | ) | |

> **THE DEADLINE FOR FILING A TIMELY RESPONSE IS:**---------------- 7/28/16
> **IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** ------- 8/9/16
> at  in  Courtroom 3, U.S. Customs House, 701 Broadway, Nashville, Tennessee

### NOTICE OF MOTION FOR ALLOWANCE/DISALLOWANCE OF CLAIMS

Robert H. Waldschmidt, Trustee, has asked the court for the following relief:
**to allow or disallow claims**

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before 7/28/16, you or your attorney must:

1. File with the court your written response, answer, or objection explaining your position and one copy at:

   On Line: https://ecf.tnmb.uscourts.gov/

   In Person: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
   (Monday-Friday, 8:00 a.m.-4:00 p.m.)

2. **Your written response must state that the deadline for filing responses is 7/28/16 , the date of the scheduled hearing is 8/9/16, and the motion to which you are responding is Motion to Allow/Disallow Claims.** If you want a file stamped copy returned to you, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also serve a copy of your response to Robert H. Waldschmidt at one of the following:

   On Line: rhw@rhwlawoffice.com

   U.S. Mail: 7003 Chadwick Drive, Suite 211, P.O. Box 2828, Brentwood, TN 37024-2828

   Fax: (615) 259-2179

If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at **www.tnmb.uscourts.gov.** If you receive this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure**.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 6/28/16

*/s/ Robert H. Waldschmidt*
**ROBERT H. WALDSCHMIDT, Trustee** (#4657)
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 fax

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing **Notice**, together with the **Motion** and proposed **Order**, was mailed to all parties on the attached matrix, via U.S. Mail (postage prepaid), and served on counsel for Debtor and the U.S. Trustee, via the court's ECF system on 6/28/16.

*/s/ Robert H. Waldschmidt*
**ROBERT H. WALDSCHMIDT**

| | | |
|---|---|---|
| KRAFT CPAs PLLC<br>555 GREAT CIRCLE ROAD<br>NASHVILLE TN 37228 | BAKER DONELSON BEARMAN ET AL<br>SUITE 800<br>211 COMMERCE ST<br>NASHVILLE, TN 37201 | |
| BRADLEY ARANT BOULT CUMMINGS LLP<br>PO BOX 340025<br>NASHVILLE, TN 37203 | WEST VIRGINIA STATE TAX DEPARTMENT<br>PO BOX 766<br>CHARLESTON, WV 2532-0766 | |
| CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | |
| Tennessee Department of Revenue<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 3720-0207 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 | Texas Office of Attorney General<br>BK-Collection Division<br>PO Box 12548<br>Austin, TX 7871-2548 |
| RHODE ISLAND DIV OF TAXATION<br>ONE CAPITOL HILL, SUITE 9<br>PROVIDENCE, RI 0290-5814 | OREGON DEPT OF REVENUE<br>PO BOX 14260<br>SALEM, OR 9730-5060 | Kentucky Department of Revenue<br>PO Box 5222<br>Legal Support Branch<br>Frankford, KY 40202 |
| BAKER & TAYLOR<br>2550 W. TYVOLA RD STE 300<br>CHARLOTTE, NC 28217 | DOTOMI LLC<br>101 NORTH WACKER DR, STE 2300<br>CHICAGO, IL 60606 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 |
| United Parcel Service, Inc.<br>King & Spalding LLP<br>c/o Jonathan W. Jordan<br>1180 Peachtree Street<br>Atlanta GA 30309 | CBR Funding, LLC<br>604 Cherry Street<br>Helena, AR 7234-3306 | Magic Valley Staffing Solutions dba MANPOWER<br>31G BOWLING DR<br>JACKSON, TN 38305 |
| CENGAGE LEARNING INC.<br>SHERRARD & ROE PLC<br>ATTN: MICHAEL ABELOW<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN | PEARSON EDUCATION INC.<br>&#037;SHERRARD & ROE PLC<br>ATTN: MICHAEL ABELOW<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN | John Wiley & Sons, Inc.<br>c/o Michael G. Abelow<br>Sherrard & Roe, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201 |
| Elsevier LTD.<br>c/o Michael G. Abelow<br>Sherrard & Roe, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201 | INGRAM BOOK GROUP INC<br>ONE INGRAM BLVD MS #529<br>LA VERGNE, TN 37086 | Bass, Berry & Sims PLC<br>Attn: Linda McCampbell<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201 |
| BLACKROCK ESTATE, Eva M. Lemeh, Trustee<br>Bankruptcy Estate of BLACKROCK INVESTMEN<br>4300 Kings Lane<br>Nashville, TN 37218 | Bookoodles ESTATE, Jeanne Burton Trustee<br>c/o Jeanne Ann Burton, Trustee<br>Case No.: 312-10595-MH-7<br>95 White Bridge Road, Ste 512<br>Nashville, TN 37205 | Griffin, David B.<br>c/o Joseph A. Kelly, Esq.<br>Frost Brown Todd LLC<br>150 3rd Avenue S., Suite 1900<br>Nashville, TN 37201 |

| | | |
|---|---|---|
| Griffin, Roxanna<br>c/o Joseph A. Kelly, Esq.<br>Frost Brown Todd LLC<br>150 3rd Avenue S., Suite 1900<br>Nashville, TN 37201 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | SE Campus Books Estate, D Rogers Trustee<br>c/o David G. Rogers, Trustee<br>7100 Executive Center Drive #120<br>Brentwood, TN 37027 |
| Cabling Concepts, Susan Limor Trustee<br>c/o Susan R. Limor, Trustee for Cabling<br>2814 Dogwood Place<br>Nashville, TN 37204 | BMC GROUP VDR LLC<br>P O BOX 748225<br>LOS ANGELES, CA 9007-8225 | MCGRAW HILL COMPANIES, INC.<br>&#037;SHERRARD & ROE PLC<br>ATTN: MICHAEL ABELOW<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN |
| WEST VIRGINIA STATE TAX DEPARTMENT<br>PO BOX 766<br>CHARLESTON, WV 2532-0766 | Cooper Container II Corporation<br>c/o Donnie Cooper<br>P.O. Box 730<br>195 Durham Drive<br>Maynardville, TN 37807 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COLLEGE BOOK RENTAL COMPANY LLC, | ) | CASE NO. 12-09130-MH3-7 |
| | ) | |
| | ) | |
| Debtor | ) | |

### CHAPTER 7 TRUSTEE'S MOTION FOR ALLOWANCE OR DISALLOWANCE OF CLAIMS

Comes now the Chapter 7 Trustee, Robert H. Waldschmidt, and makes the following recommendation for allowance/disallowance of claims in this proceeding. The trustee would state that all claims filed against this Chapter 7 bankruptcy estate prior to the claims bar deadline of 12/23/13, were reviewed by the trustee on 6/22/16, and are included in his recommendation of claims, as set forth in Exhibit A to this motion, which identifies all filed claims, and recommends the amount to be allowed in the "Amount Allowed" column. If the amount in the right column is less than the amount of the filed claim, the trustee is recommending the allowance of a lesser amount for the reasons set forth in the "Claim Memo" under the listed claim; if the amount is zero ($0.00), the trustee is recommending disallowance of said claim in full for the stated reasons. Any claims asserted but not filed, or not reflected on Exhibit A, will be disallowed, excluding trustee's fees or other professional fees for services rendered on behalf of the trustee.

The status of claims, including requests (or expected requests) for <u>unpaid</u> Chapter 7 & 11 administrative fees or expenses, and other priority claims under §507, may be summarized as follows:

**SEE ATTACHED EXHIBIT A FOR PROPOSED DISTRIBUTION**

The trustee files this motion and recommendation pursuant to his duties under 11 U.S.C. §704(5). All recommendations are subject to review by the Court, and this pleading should not be deemed a final determination as to the allowance or disallowance of any claim.

By signature below, the trustee declares that the reasons set forth in the attached exhibit are valid grounds for disallowance of claims.

WHEREFORE, TRUSTEE PRAYS for the entry of an order allowing/disallowing the above-referenced claims, or reducing the amount of said claims as set forth in the attached Exhibit A, and for such other and further general relief as is just.

DATED: 6/28/16  RESPECTFULLY SUBMITTED,

*/s/ Robert H. Waldschmidt*
ROBERT H. WALDSCHMIDT, #4657
Trustee
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 fax
rhw@rhwlawoffice.com

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COLLEGE BOOK RENTAL COMPANY LLC, | ) | CASE NO. 12-09130-MH3-7 |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER ALLOWING/DISALLOWING CLAIMS

This matter is before the court upon the trustee's motion to allow/disallow claims. It appearing to the court that no objections have been filed to the trustee's recommendations, and that the remaining claimants have not responded to or raised any objections to the recommendations by the trustee, and for other cause to the court shown;

IT IS HEREBY ORDERED that the claims in this proceeding be, and are hereby ALLOWED, DISALLOWED or REDUCED, as set forth in the attached Exhibit A.

IT IS FURTHER ORDERED that this order shall be deemed a final determination as to the allowance/disallowance of all claims in this proceeding, other than claims for trustee fees or other professional fees for services rendered on behalf of the trustee.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Robert H. Waldschmidt*
ROBERT H. WALDSCHMIDT, #4657
Trustee
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 fax
rhw@rhwlawoffice.com

| Case No. | 12-09130-MH3-7 | | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|---|
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | |
| Claims Bar Date: | 12/23/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROBERT H. WALDSCHMIDT 7003 Chadwick Drive, Suite 211 Brentwood TN 37024-2828 | 03/03/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $28,854.64 | $17,312.78 | $0.00 | $0.00 | $0.00 | $17,312.78 |

**Claim Notes:** ALLOW-CH7 ADMIN
(TOTAL FUNDS RECEIVED/DISB REDUCED BY $108,357.57---FUNDS FROM CH11, IN WHICH TRUSTEE DOES NOT SEEK A CH 7 TRUSTEE FEE)
ALLOWED AMOUNT OF $17,312.78 REPRESENTS 60% OF TRUSTEE FEE BEING SOUGHT AT INTERIM DISTRIBUTION IN JUNE 2016

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MED | BAKER DONELSON BEARMAN ET AL SUITE 800 211 COMMERCE ST NASHVILLE TN 37201 | 05/28/2015 | Arbitrator/Mediator for Trustee Fees | Allowed | 3721-000 | $0.00 | $4,232.00 | $4,232.00 | $4,232.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** MEDIATION/ARBITRATION FEE
PAID IN FULL

| RHWE | ROBERT H WALDSCHMIDT | 04/07/2014 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $2,600.90 | $2,600.90 | $2,224.46 | $0.00 | $0.00 | $376.44 |

**Claim Notes:** ALLOW-CH 7 ADMIN

| RHWF | ROBERT H WALDSCHMIDT | 04/07/2014 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $143,108.00 | $143,108.00 | $126,156.00 | $0.00 | $0.00 | $16,952.00 |

**Claim Notes:** ALLOW-CH 7 ADMIN

| USBC | U.S. BANKRUPTCY COURT CLERK 701 BROADWAY, ROOM 170 CUSTOMS HOUSE NASHVILLE TN 37203 | 06/23/2016 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |

**Claim Notes:** ALLOW-CH 7 ADMIN
Adversary case 3:14ap90006. Complaint by ROBERT H. WALDSCHMIDT against DOTOMI LLC, KSQUARED DESIGNS LLC, APREMIO CONSULTING INC., Community Financial Services Bank, INGRAM CONTENT GROUP INC.. Fee Amount is $293.00.

| Case No.: | 12-09130-MH3-7 | | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|---|
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | |
| Claims Bar Date: | 12/23/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BABCE | BRADLEY ARANT BOULT CUMMINGS LLP<br><br>PO BOX 340025<br>NASHVILLE TN 37203 | 12/22/2014 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $2,176.48 | $2,176.48 | $2,176.48 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOW-CH 7 ADMIN | | | | | | | | | | | |
| BABCF | BRADLEY ARANT BOULT CUMMINGS LLP<br>PO BOX 340025 1600 DIVISION STREET SUITE 700<br>NASHVILLE TN 37203 | 12/22/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $153,364.50 | $159,364.50 | $159,364.50 | $0.00 | $0.00 | $159,364.50 |
| **Claim Notes:** | ALLOW-CH 7 ADMIN | | | | | | | | | | | |
| KCPAE | KRAFT CPAS PLLC | 11/21/2013 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $616.00 | $616.00 | $616.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOW-CH 7 ADMIN | | | | | | | | | | | |
| KCPAF | KRAFT CPAS PLLC<br><br>555 GREAT CIRCLE RD<br>NASHVILLE TN 37228 | 11/21/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $37,411.75 | $37,411.75 | $37,411.75 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOW-CH 7 ADMIN | | | | | | | | | | | |
| 1 | BAKER & TAYLOR<br><br>2550 W. TYVOLA RD STE 300<br>CHARLOTTE NC 28217 | 11/02/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,178,012.00 | $9,671,374.34 | $0.00 | $0.00 | $0.00 | $9,671,374.34 |
| **Claim Notes:** | ALLOW AS UNSECURED IN THE AMOUNT OF $9,671,374.34 PER AGREED ORDER OF 2/17/16 | | | | | | | | | | | |
| 2 | DOTOMI LLC<br><br>101 NORTH WACKER DR, STE 2300<br>CHICAGO IL 60606 | 11/20/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,766.22 | $22,766.22 | $0.00 | $0.00 | $0.00 | $22,766.22 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |

| Case No. | 12-09130-MH3-7 | | | | | | | | | | | **Trustee Name:** | Robert H. Waldschmidt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | | | | | | | | | **Date:** | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | | | | | | | | | |
| Claims Bar Date: | 12/23/2013 | | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | TENNESSEE DEPARTMENT OF REVENUE<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville TN 37202-0207 | 01/10/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $3,350.28 | $3,350.28 | $0.00 | $0.00 | $0.00 | $3,350.28 |
| **Claim Notes:** | ALLOW-PRIORITY TAX CLAIM §507(a)(8)<br>BUSINESS COUNTY TAX | | | | | | | | | | | |
| 3B | TENNESSEE DEPARTMENT OF REVENUE<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville TN 37202-0207 | 01/10/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $375.00 | $375.00 | $0.00 | $0.00 | $0.00 | $375.00 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 4 | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | 01/17/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $204.76 | $204.76 | $0.00 | $0.00 | $0.00 | $204.76 |
| **Claim Notes:** | ALLOW-PRIORITY TAX CLAIM §507(a)(8) | | | | | | | | | | | |
| 5 | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | 01/17/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $50.05 | $50.05 | $0.00 | $0.00 | $0.00 | $50.05 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 6A | TEXAS OFFICE OF ATTORNEY GENERAL<br>BK-Collection Division<br>PO Box 12548<br>Austin TX 78711-2548 | 01/23/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $6,665.28 | $6,665.28 | $0.00 | $0.00 | $0.00 | $6,665.28 |
| **Claim Notes:** | ALLOW-PRIORITY TAX CLAIM §507(a)(8) | | | | | | | | | | | |

| Case No. | 12-09130-MH3-7 | | | | | | | | | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | | | | | | | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | | | | | | | | |
| Claims Bar Date: | 12/23/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6B | TEXAS OFFICE OF ATTORNEY GENERAL | 06/23/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $654.91 | $654.91 | $0.00 | $0.00 | $0.00 | $654.91 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 7 | UNITED PARCEL SERVICE, INC. King & Spalding LLP c/o Jonathan W. Jordan 1180 Peachtree Street Georg 30309 | 01/24/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $638,988.91 | $638,988.91 | $0.00 | $0.00 | $0.00 | $638,988.91 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 8A | TENNESSEE DEPARTMENT OF REVENUE c/o Attorney General P. O. Box 20207 Nashville TN 37202-0207 | 02/01/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $3,158.36 | $3,158.36 | $0.00 | $0.00 | $0.00 | $3,158.36 |
| **Claim Notes:** | ALLOW-PRIORITY TAX CLAIM §507(a)(8) FRANCHISE EXCISE TAX | | | | | | | | | | | |
| 8B | TENNESSEE DEPARTMENT OF REVENUE c/o Attorney General P. O. Box 20207 Nashville TN 37202-0207 | 02/01/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $386.50 | $386.50 | $0.00 | $0.00 | $0.00 | $386.50 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 9A | KENTUCKY DEPARTMENT OF REVENUE Legal Branch-Bankruptcy Section Attn: Michael Hornback P.O. Box 5222 Frankfort KY 40602 | 02/13/2013 | Claims of Governmental Units | Disallowed | 5800-000 | $0.00 | $2,202.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-SUPERSEDED BY 9C | | | | | | | | | | | |

| Case No. | 12-09130-MH3-7 | | | | | | | | | | | Trustee Name: | Robert H. Waldschmidt |
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | | | | | | | | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | | | | | | | | | |
| Claims Bar Date: | 12/23/2013 | | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9B | KENTUCKY DEPARTMENT OF REVENUE<br>Legal Branch-Bankruptcy Section<br>Attn: Michael Hornback<br>P.O. Box 5222<br>Frankfort KY 40602 | 02/13/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $3,540.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-SUPERSEDED BY 9D | | | | | | | | | | | |
| 9C | KENTUCKY DEPARTMENT OF REVENUE<br>PO Box 5222<br>Legal Support Branch<br>Frankford KY 40202 | 06/20/2016 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $2,332.27 | $2,332.27 | $0.00 | $0.00 | $0.00 | $2,332.27 |
| **Claim Notes:** | ALLOW-PRIORITY TAX CLAIM §507(a)(8) | | | | | | | | | | | |
| 9D | KENTUCKY DEPARTMENT OF REVENUE | 06/20/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,667.62 | $3,667.62 | $0.00 | $0.00 | $0.00 | $3,667.62 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 10 | CBR FUNDING, LLC<br>604 Cherry Street<br>Helena AR 72342-3306 | 02/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,586,202.47 | $7,586,202.47 | $0.00 | $0.00 | $0.00 | $7,586,202.47 |
| **Claim Notes:** | ALLOW-UNSECURED (CLAIM IS FOR BANK NOTES ACQUIRED BY CLAIMANTS) | | | | | | | | | | | |
| 11 | MAGIC VALLEY STAFFING SOULUTIONS DBA MANPOWER<br>31G BOWLING DR<br>JACKSON TN 38305 | 02/19/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,093.67 | $8,093.67 | $0.00 | $0.00 | $0.00 | $8,093.67 |
| **Claim Notes:** | ALLOW-UNSECURED (PRIORITY STATUS NOT APPROPRIATE - TEMPORARY SERVICE & OUTSIDE 180 DAYS) | | | | | | | | | | | |

| Case No. | 12-09130-MH3-7 | | | | | | | | | | | **Trustee Name:** | Robert H. Waldschmidt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | | | | | | | | | **Date:** | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | | | | | | | | | |
| Claims Bar Date: | 12/23/2013 | | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | CENGAGE LEARNING INC.<br>SHERRARD & ROE PLC<br>ATTN: MICHAEL ABELOW<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN | 02/25/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $13,200,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-NO PECUNIARY LOSS FOR ALLEGED TRADEMARK INFRINGEMENT (ANY STATUTORY CLAIM FOR PENALTIES WOULD ONLY BE ALLOWED AS A SUBORDINATED CLAIM UNDER §726(a)(4)) | | | | | | | | | | | |
| 13 | PEARSON EDUCATION INC.<br>&#037;SHERRARD & ROE PLC<br>ATTN: MICHAEL ABELOW<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN | 02/25/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $19,950,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-NO PECUNIARY LOSS FOR ALLEGED TRADEMARK INFRINGEMENT (ANY STATUTORY CLAIM FOR PENALTIES WOULD ONLY BE ALLOWED AS A SUBORDINATED CLAIM UNDER §726(a)(4)) | | | | | | | | | | | |
| 14 | JOHN WILEY & SONS, INC.<br>c/o Michael G. Abelow<br>Sherrard & Roe, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville TN 37201 | 02/25/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1,500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-NO PECUNIARY LOSS FOR ALLEGED TRADEMARK INFRINGEMENT (ANY STATUTORY CLAIM FOR PENALTIES WOULD ONLY BE ALLOWED AS A SUBORDINATED CLAIM UNDER §726(a)(4)) | | | | | | | | | | | |
| 15 | ELSEVIER LTD.<br>c/o Michael G. Abelow<br>Sherrard & Roe, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville TN 37201 | 02/25/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $450,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-NO PECUNIARY LOSS FOR ALLEGED TRADEMARK INFRINGEMENT (ANY STATUTORY CLAIM FOR PENALTIES WOULD ONLY BE ALLOWED AS A SUBORDINATED CLAIM UNDER §726(a)(4)) | | | | | | | | | | | |

| Case No. | 12-09130-MH3-7 | | | | | | | | | | **Trustee Name:** | Robert H. Waldschmidt |
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | | | | | | | | **Date:** | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | | | | | | | | |
| Claims Bar Date: | 12/23/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | INGRAM BOOK GROUP INC<br>ONE INGRAM BLVD MS #529<br>LA VERGNE TN 37086 | 02/25/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $884,574.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 17 | BASS, BERRY & SIMS PLC<br>Attn: Linda McCampbell<br>150 Third Avenue South, Suite 2800<br>Nashville TN 37201 | 02/26/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,737.50 | $1,737.50 | $0.00 | $0.00 | $0.00 | $1,737.50 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 18 | BLACKROCK ESTATE, EVA M. LEMEH, TRUSTEE<br>Bankruptcy Estate of BLACKROCK INVESTMEN<br>4300 Kings Lane<br>Nashville TN 37218 | 02/28/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-CBR CLAIM ALLOWED AND PAID IN BLACKROCK CASE | | | | | | | | | | | |
| 19 | BOOKOODLES ESTATE, JEANNE BURTON TRUSTEE<br>c/o Jeanne Ann Burton, Trustee<br>Case No.: 312-10595-MH-7<br>95 White Bridge Road, Ste 512<br>Nashville TN 37205 | 02/28/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $2,168,405.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-CLAIM IS BASED ON INTER-COMPANY CASH TRANSFERS WITHOUT CONSIDERTION OF BOOK TRANSFERS | | | | | | | | | | | |
| 20 | GRIFFIN, DAVID B.<br>c/o Joseph A. Kelly, Esq.<br>Frost Brown Todd LLC<br>150 3rd Avenue S., Suite 1900<br>Nashville TN 37201 | 02/28/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,586,202.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW PER ORDER 3/12/15 | | | | | | | | | | | |

| Case No. | 12-09130-MH3-7 | | | | | | | | | | **Trustee Name:** | Robert H. Waldschmidt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | | | | | | | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | | | | | | | | |
| Claims Bar Date: | 12/23/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | GRIFFIN, ROXANNA<br><br>c/o Joseph A. Kelly, Esq.<br>Frost Brown Todd LLC<br>150 3rd Avenue S., Suite 1900<br>Nashville TN 37201 | 02/28/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $7,586,202.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW PER ORDER 3/12/15 | | | | | | | | | | | |
| 22 | GRIFFIN, DAVID B.<br><br>c/o Joseph A. Kelly, Esq.<br>Frost Brown Todd LLC<br>150 3rd Avenue S., Suite 1900<br>Nashville TN 37201 | 02/28/2013 | Subordinated General Unsecured (Equitably or consensually subordinated) | Allowed | 7400-000 | $0.00 | $19,178,012.00 | $19,178,012.00 | $0.00 | $0.00 | $0.00 | 19,178,012.00 |
| | ALLOW-SUBORDINATED; ONLY PAID IF BAKER & TAYLOR (CLAIM #1) PAID IN FULL | | | | | | | | | | | |
| 23 | SE CAMPUS BOOKS ESTATE, D ROGERS TRUSTEE<br>c/o David G. Rogers, Trustee<br>7100 Executive Center Drive #120<br>Brentwood TN 37027 | 02/28/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-CANNOT BE DOCUMENTED OR QUANTIFIED-INTERCOMPANY TRANSFERS | | | | | | | | | | | |
| 24 | CABLING CONCEPTS, SUSAN LIMOR TRUSTEE<br>c/o Susan R. Limor, Trustee for Cabling<br>2814 Dogwood Place<br>Nashville TN 37204 | 02/28/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-CANNOT BE DOCUMENTED OR QUANTIFIED-INTERCOMPANY TRANSFERS | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| Case No. | 12-09130-MH3-7 | | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|---|
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | |
| Claims Bar Date: | 12/23/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | BMC GROUP VDR LLC<br>P O BOX 748225<br>LOS ANGELES CA 90074-8225 | 03/11/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,613.44 | $1,613.44 | $0.00 | $0.00 | $0.00 | $1,613.44 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |
| 26 | OREGON DEPT OF REVENUE<br>PO BOX 14260<br>SALEM OR 97309-5060 | 03/26/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $160.98 | $160.98 | $0.00 | $0.00 | $0.00 | $160.98 |
| **Claim Notes:** | ALLOW-PRIORITY TAX CLAIM §507(a)(8) | | | | | | | | | | | |
| 27 | RHODE ISLAND DIV OF TAXATION<br>ONE CAPITOL HILL, SUITE 9<br>PROVIDENCE RI 02908-5814 | 03/28/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| **Claim Notes:** | ALLOW-PRIORITY TAX CLAIM §507(a)(8) | | | | | | | | | | | |
| 28 | MCGRAW HILL COMPANIES, INC.<br>&#037;SHERRARD & ROE PLC<br>ATTN: MICHAEL ABELOW<br>150 THIRD AVE S, STE 1100<br>NASHVILLE TN | 04/09/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $37,200,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOW-SUPERSEDED BY #35 | | | | | | | | | | | |
| 29A | WEST VIRGINIA STATE TAX DEPARTMENT<br>PO BOX 766<br>CHARLESTON WV 25323-0766 | 05/14/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $52.20 | $52.20 | $0.00 | $0.00 | $0.00 | $52.20 |
| **Claim Notes:** | ALLOW-PRIORITY TAX CLAIM §507(a)(8) | | | | | | | | | | | |
| 29B | WEST VIRGINIA STATE TAX DEPARTMENT<br>PO BOX 766<br>CHARLESTON WV 25323-0766 | 05/14/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1.25 | $1.25 | $0.00 | $0.00 | $0.00 | $1.25 |
| **Claim Notes:** | ALLOW-UNSECURED | | | | | | | | | | | |

| Case No. | 12-09130-MH3-7 | | | | | | | | | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | | | | | | | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | | | | | | | | |
| Claims Bar Date: | 12/23/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | COOPER CONTAINER II CORPORATION c/o Donnie Cooper P.O. Box 730 195 Durham Drive Maynardville TN 37807 | 09/04/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,232.45 | $20,232.45 | $0.00 | $0.00 | $0.00 | $20,232.45 |
| **Claim Notes:** ALLOW-UNSECURED | | | | | | | | | | | | |
| 31A | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205 | 12/16/2013 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $187.10 | $187.10 | $0.00 | $0.00 | $0.00 | $187.10 |
| **Claim Notes:** ALLOW-PRIORITY TAX CLAIM §507(a)(8) | | | | | | | | | | | | |
| 31B | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205 | 12/16/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $108.70 | $108.70 | $0.00 | $0.00 | $0.00 | $108.70 |
| **Claim Notes:** ALLOW-UNSECURED | | | | | | | | | | | | |
| 32A | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205 | 12/16/2013 | Claims of Governmental Units | Disallowed | 5800-000 | $0.00 | $187.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** DISALLOW-DUPLICATE OF #31A | | | | | | | | | | | | |
| 32B | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205 | 12/16/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $108.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** DISALLOW-DUPLICATE OF #31B | | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| Case No. | 12-09130-MH3-7 | | Trustee Name: | Robert H. Waldschmidt |
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | |
| Claims Bar Date: | 12/23/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33A | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205 | 12/16/2013 | Claims of Governmental Units | Disallowed | 5800-000 | $0.00 | $187.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** DISALLOW-DUPLICATE OF #31A

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33B | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205 | 12/16/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $108.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** DISALLOW-DUPLICATE OF #31B

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | UNITED STATES TRUSTEE 701 Broadway, Suite 318 Nashville TN 37203 | 12/17/2013 | U.S. Trustee Quarterly Fees | Allowed | 2950-000 | $0.00 | $8,125.00 | $8,125.00 | $0.00 | $0.00 | $0.00 | $8,125.00 |

**Claim Notes:** ALLOW-CH 7 ADMIN

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | MCGRAW HILL GLOBAL EDUCATION HOLDINGS, LLC | 12/23/2013 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $37,200,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** DISALLOW-NO PECUNIARY LOSS FOR ALLEGED TRADEMARK INFRINGEMENT (ANY STATUTORY CLAIM FOR PENALTIES WOULD ONLY BE ALLOWED AS A SUBORDINATED CLAIM UNDER §726(a)(4))

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | CALIFORNIA FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO CA 95812-2952 | 03/07/2014 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 | $800.00 |

**Claim Notes:** ALLOW-PRIORITY TAX CLAIM §507(a)(8)

| Case No. | 12-09130-MH3-7 | | | | | | | | | | Trustee Name: | Robert H. Waldschmidt |
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | | | | | | | | | | Date: | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | | | | | | | | | | |
| Claims Bar Date: | 12/23/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812 | 04/14/2014 | Claims of Governmental Units | Disallowed | 5800-000 | $0.00 | $4,629.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** DISALLOW-CBR DID NOT OPERATE IN 2014

| | | | | | | $174,775,946.46 | $37,527,416.67 | $332,181.19 | $0.00 | | $0.00 | 37,354,599.98 |

| Case No. | 12-09130-MH3-7 | **Trustee Name:** | Robert H. Waldschmidt |
| Case Name: | COLLEGE BOOK RENTAL COMPANY LLC | **Date:** | 6/24/2016 |
| Taxpayer ID #: | 26-4482431 | | |
| Claims Bar Date: | 12/23/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $616.00 | $616.00 | $616.00 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) | $37,411.75 | $37,411.75 | $37,411.75 | $0.00 | $0.00 | $0.00 |
| Arbitrator/Mediator for Trustee Fees | $4,232.00 | $4,232.00 | $4,232.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Other Firm) | $2,176.48 | $2,176.48 | $2,176.48 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $2,600.90 | $2,600.90 | $2,224.46 | $0.00 | $0.00 | $376.44 |
| Attorney for Trustee Fees (Other Firm) | $153,364.50 | $159,364.50 | $159,364.50 | $0.00 | $0.00 | $159,364.50 |
| Attorney for Trustee Fees (Trustee Firm) | $143,108.00 | $143,108.00 | $126,156.00 | $0.00 | $0.00 | $16,952.00 |
| Claims of Governmental Units | $25,116.95 | $17,911.23 | $0.00 | $0.00 | $0.00 | $17,911.23 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| General Unsecured § 726(a)(2) | $155,192,035.24 | $17,956,253.03 | $0.00 | $0.00 | $0.00 | $17,956,253.03 |
| Subordinated General Unsecured (Equitably or consensually subordinated) | $19,178,012.00 | $19,178,012.00 | $0.00 | $0.00 | $0.00 | $19,178,012.00 |
| Trustee Compensation | $28,854.64 | $17,312.78 | $0.00 | $0.00 | $0.00 | $17,312.78 |
| U.S. Trustee Quarterly Fees | $8,125.00 | $8,125.00 | $0.00 | $0.00 | $0.00 | $8,125.00 |