Marian F. Harrison
US Bankruptcy Judge

Dated: 10/12/2016

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 312-09130 |
| COLLEGE BOOK RENTAL | ) |
| COMPANY, LLC, | ) JUDGE MARIAN F. HARRISON |
| | ) |
| Debtor. | ) CHAPTER 7 |
| | ) |

_____

# ORDER
_____

In accordance with the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that the Chapter 7 Trustee's motion to disallow the claims of Cengage Learning, Inc., Pearson Education, Inc., John Wiley & Sons, Inc., Elsevier, Ltd., and McGraw-Hill Global Education Holdings, LLC (hereinafter collectively "Publishers") is **DENIED**, and the Publishers' aggregate claim is allowed in the amount of $361,500.

**It is so ORDERED.**

**This Order was signed and entered electronically as indicated at the top of the page.**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.